# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| *ex rel.* ABACUS ADVISORS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 4:20-CV-101 (LAG) |
| | : | |
| TRUIST BANK, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is Relator's Motion for an Extension of the Sealed Status for Two Years (Doc. 12). The Court previously found that Relator's Motion did "not explain[] sufficiently why the case should be sealed for two years or how its clients could be harmed if the case was unsealed." (Doc. 14 at 4). The Court granted Relator leave to file a supplemental brief no later than fourteen days of the Courts' June 15, 2021 Order. (*Id.*). The deadline to file the supplemental brief—June 29, 2021—has passed and Relator has not filed a supplemental brief. (*See* Docket). Accordingly, Relator's Motion (Doc. 12) is **DENIED**. The Clerk of Court is **DIRECTED** to unseal the following documents:

- Relator's Complaint (Doc. 1);
- Relator's Request for Dismissal Without Prejudice (Doc. 11);
- Relator's Motion to Seal Case (Doc. 12);
- Government's Notice of Consent to Dismissal (Doc. 13);
- The Court's June 15, 2021 Order (Doc. 14); and
- This Order and any other subsequent filings.

All other documents in this action shall remain under seal.

**SO ORDERED**, this 7th day of July, 2021.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**